UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEIL ROBERSON,

                Petitioner,

    v.

SCOTT SPEER,

                Respondent.

CASE NO. 2:24-cv-2030-RAJ-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Michelle L. Peterson (Dkt. # 28), all objections thereto[1], and the remaining record, the Court finds and **ORDERS** the following:

(1) The Court **ADOPTS** the Report and Recommendation. (Dkt. # 28).

---

[1] Petitioner filed objections to Judge Michelle Peterson's Report and Recommendation. Dkt. # 29. The Court reviewed all ten objections and finds that no objection substantively responds to Judge Peterson's legal conclusions regarding Petitioner's failure to comply with prior directives and failure to demonstrate that he has any claim for relief currently eligible for federal habeas review. The objections consist of general statements of the law with a citation to legal authority, but there is no specific analysis or reason applying the law(s) to the facts of this case. The objections lack merit nonetheless. The only objection that could potentially warrant a response is Objection VIII, but Petitioner fails to recognize that motions for judicial notice and motions for expansion of the record are not dispositive motions. As such, because Petitioner's responses fail to identify any errors in the Report and Recommendation, the Court overrules his objections.

ORDER - 1

(2)   Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. # 23) and this action are **DISMISSED** without prejudice for failure of Petitioner to comply with prior Order of the Court and for failure to demonstrate that he has any claim for relief that is currently eligible for federal habeas review.

(3)   In accordance with Rule 11 of the Rules Governing Section 2254 cases in the United States District Courts, a certificate of appealability is **DENIED**.

(4)   Petitioner's Motion to Expand the Record (Dkt. # 24) is **DENIED AS MOOT**.

(5)   The Clerk is directed to send copies of this Order to Petitioner and Judge Peterson.

Dated this 29th day of April, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2